JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
ATTACHMENT B

## DEFENDANTS
ATTACHMENT A

County of Residence of First Listed Defendant   Durham County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
ATTACHMENT B

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☒ 448 Education / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 2000e, et seq.; 42 U.S.C. 13925(b)(13); 20 U.S.C. 1681, et seq., 28 C.F.R. Part 54, 34 C.F.R. Part 106

Brief description of cause:
Violation of federal civil rights acts by compliance with & implementation of N.C. Session Law 2016-3, House Bill 2

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Thomas D. Schroeder
DOCKET NUMBER 1:16-cv-236

DATE 5/9/16
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Case 1:16-cv-00425   Document 1-1   Filed 05/09/16   Page 1 of 5

# ATTACHMENT A

**DEFENDANTS**

Continued from the Civil Cover Sheet:

State of North Carolina; Governor Patrick McCrory, in his official capacity as Governor of North Carolina; North Carolina Department of Public Safety; University of North Carolina; Board of Governors of the University of North Carolina

**ATTORNEYS FOR PLAINTIFF**

Continued from the Civil Cover Sheet:

Vanita Gupta
Principal Deputy Assistant Attorney General
Civil Rights Division
United States Department of Justice

BY:

| | |
|---|---|
| Delora L. Kennebrew<br>Chief<br>Employment Litigation Section<br>Civil Rights Division<br>United States Department of Justice | Shaheena A. Simons<br>Chief<br>Educational Opportunities Section<br>Civil Rights Division<br>United States Department of Justice |
| Corey Stoughton NY Bar Number: 4152633<br>Attorney for Plaintiff<br>Senior Counsel<br>Civil Rights Division<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>MJB, Room 5642<br>Washington, DC 20530<br>Telephone: (202) 616-2124<br>E-mail: corey.stoughton@usdoj.gov | Ripley Rand NC Bar Number: 22275<br>Attorney for Plaintiff<br>United States Attorney<br>Middle District of North Carolina<br>United States Department of Justice<br>101 South Edgeworth Street, 4th Floor<br>Greensboro, NC 27401<br>Telephone: (336) 333-5351<br>E-mail: ripley.rand@usdoj.gov |
| Lori B. Kisch DC Bar Number: 491282<br>Attorney for Plaintiff<br>Special Litigation Counsel<br>Employment Litigation Section<br>Civil Rights Division<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>PHB Room 4605<br>Washington, DC 20530<br>Telephone: (202) 305-4422<br>E-mail: lori.kisch@usdoj.gov | Whitney M. Pellegrino DC Bar Number: 490972<br>Attorney for Plaintiff<br>Special Legal Counsel<br>Educational Opportunities Section<br>Civil Rights Division<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>PHB Room 4004<br>Washington, DC 20530<br>Telephone: (202) 514-4092<br>E-mail: whitney.pellegrino@usdoj.gov |
| Candyce Phoenix VA Bar Number: 80800<br>Attorney for Plaintiff<br>Senior Trial Attorney | Torey B. Cummings MA Bar Number: 664549<br>Attorney for Plaintiff<br>Senior Trial Attorney |

Employment Litigation Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
PHB, Room 4031
Washington, DC 20530
Telephone: (202) 616-3871
E-mail: candyce.phoenix@usdoj.gov

Educational Opportunities Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
PHB, Room 4112
Washington, DC 20530
Telephone: (202) 514-4092
E-mail: torey.cummings@usdoj.gov

Sean Keveney TX Bar Number: 24033863
Attorney for Plaintiff
Trial Attorney
Housing and Civil Enforcement
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
NWB, Room 7010
Washington, DC 20530
Telephone: (202) 514-4838
E-mail: sean.keveney@usdoj.gov

Dwayne J. Bensing DC Bar Number: 1012138
Attorney for Plaintiff
Trial Attorney
Educational Opportunities Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW
PHB, Room 4015
Washington, DC 20530
Telephone: (202) 616-2679
E-mail: dwayne.bensing@usdoj.gov

**ATTORNEYS FOR DEFENDANTS**

Continued from the Civil Cover Sheet:

Karl S. Bowers, Jr.
P.O. Box 50549
Columbia, SC 29250
Telephone: (803) 260-4124
E-mail: butch@butchbowers.com
*Counsel for Governor Patrick McCrory and North Carolina Department of Public Safety*

Robert C. Stephens
General Counsel
Office of the Governor of North Carolina
20301 Mail Service Center
Raleigh, North Carolina 27699
Telephone: (919) 814-2027
E-mail: bob.stephens@nc.gov
*Counsel for Governor Patrick McCrory*

William W. Stewart, Jr.
Frank J. Gordon

-3-

B. Tyler Brooks
1101 Haynes Street, Suite 104
Raleigh, NC 27604
Telephone: (919) 836-0090
E-mail: bstewart@mgsattorneys.com
fgordon@mgsattorneys.com
tbrooks@mgsattorneys.com
*Counsel for Governor Patrick L. McCrory*


Thomas C. Shanahan
Senior Vice President and General Counsel
P.O. Box 2688
Chapel Hill, NC 27515
Telephone: (919) 962-4588
E-mail: tcshanahan@northcarolina.edu
*Counsel for University of North Carolina and Board of Governors*