## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NORTH CAROLINA; PATRICK MCCRORY, in his official capacity as Governor of North Carolina; NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; UNIVERSITY OF NORTH CAROLINA; and BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA,<br><br>Defendants. | Case No. 1:16-cv-00425-TDS-JEP |

**MOTION TO INTERVENE BY THE HON. PHIL BERGER, PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE, AND THE HON. TIM MOORE, SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES**

By: /s/ S. Kyle Duncan
S. KYLE DUNCAN* (DC Bar #1010452)
  *Lead Counsel*
GENE C. SCHAERR* (DC Bar #416638)
SCHAERR | DUNCAN LLP
1717 K Street NW, Suite 900
Washington, DC 20006
202-714-9492
571-730-4429 (fax)
kduncan@schaerr-duncan.com
gschaerr@schaerr-duncan.com
*\*Specially Appearing Pursuant to Local Civil Rule 83.1(d)*

By: /s/ Robert D. Potter, Jr.
ROBERT D. POTTER, JR. (NC Bar #17553)
ATTORNEY AT LAW
2820 Selwyn Avenue, #840
Charlotte, NC 28209
704-552-7742
rdpotter@rdpotterlaw.com

*Attorneys for Proposed Intervenors*

# MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24 and Local Rule 7.3, Proposed Intervenors Phil Berger and Tim Moore seek to intervene as Defendants in their official capacities as the President pro tempore of the North Carolina Senate and Speaker of the North Carolina House of Representatives, respectively. For the reasons stated in accompanying memorandum, Proposed Intervenors respectfully request that this Court issue an order granting them permissive intervention under Federal Rule of Civil Procedure 24(b)(1), or, alternatively, intervention of right under Federal Rule of Civil Procedure 24(a)(2). As required by Federal Rule of Civil Procedure 24(c), Proposed Intervenors are contemporaneously filing a Proposed Answer and Counterclaims.

Before filing, Counsel for Proposed Intervenors conferred with Plaintiffs' counsel, who take no position on the motion at this time. No counsel for Defendants has yet appeared.

Respectfully submitted,

| | |
|---|---|
| By: /s/ S. Kyle Duncan | By: /s/ Robert D. Potter, Jr. |
| S. KYLE DUNCAN* (DC Bar #1010452) | ROBERT D. POTTER, JR. (NC Bar #17553) |
| *Lead Counsel* | ATTORNEY AT LAW |
| GENE C. SCHAERR* (DC Bar #416638) | 2820 Selwyn Avenue, #840 |
| SCHAERR \| DUNCAN LLP | Charlotte, NC 28209 |
| 1717 K Street NW, Suite 900 | 704-552-7742 |
| Washington, DC 20006 | rdpotter@rdpotterlaw.com |
| 202-714-9492 | |
| 571-730-4429 (fax) | |
| kduncan@schaerr-duncan.com | |
| gschaerr@schaerr-duncan.com | |
| *Specially Appearing Pursuant to Local Civil Rule 83.1(d)* | |

*Attorneys for Proposed Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ S. Kyle Duncan
S. Kyle Duncan
*Attorney for Proposed Intervenors*