IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF NORTH CAROLINA; PATRICK MCCRORY, in his official capacity as Governor of North Carolina; NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; UNIVERSITY OF NORTH CAROLINA; and BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA,<br><br>  Defendants. | Case No. 1:16-cv-00425-TDS-JEP |

**PROPOSED ORDER**

This matter is before the Court on the Unopposed Motion for Extension of Time to Respond to Complaint filed by Defendants the University of North Carolina and the Board of Governors of the University of North Carolina (collectively, the "UNC Defendants"). For the reasons cited in the Motion, and other good cause shown, the undersigned GRANTS the Motion.

It is therefore ordered that the UNC Defendants' Motion is GRANTED. All Defendants shall have up to and including July 18, 2016 to file responsive pleadings.

Signed on: _____

         _____