**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED IN THIS OFFICE
2016 MAY 26 AM 9:19
CLERK US DISTRICT COURT
GREENSBORO, N.C.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:16CV425 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| State of North Carolina, et al. | Summons, Complaint, Notice of Right |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Board of Governors of the University of North Carolina (c/o Thomas C. Shanahan)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
910 Raleigh Road, Chapel Hill NC 27514

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Lynne P. Klauer
United States Attorney's Office
101 S. Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please serve a copy of the Summons, Complaint, and Notice of Right to to Consent on Board of Governors of the University of North Carolina (c/o Thomas C. Shanahan)

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (336) 333-5351
DATE: 5-11-16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin: No. 057
District to Serve: No. 057
Signature of Authorized USMS Deputy or Clerk
Date: 5/11/16

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Tom C. Shanahan

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 5/12/16   Time: 1027 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $190.00 | $64.74 | n/a | $254.74 | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case 1:16-cv-00425-TDS-JEP   Document 20   Filed 05/26/16   Page 1 of 3

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br>State of North Carolina; Governor Patrick McCrory, in his official capacity; North Carolina Department of Public Safety; University of North Carolina; Board of Governors of the University of North Carolina<br>*Defendant(s)* | Civil Action No. 1:16-cv-425 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Board of Governors of the University of North Carolina

c/o Thomas C. Shanahan, Senior Vice President and General Counsel, UNC General Administration, 910 Raleigh Road, Chapel Hill, NC 27514

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Vanita Gupta, Principal Deputy Assistant Attorney General, Civil Rights Division, United States Department of Justice

c/o Corey Stoughton, Senior Counsel, Civil Rights Division, United States Department of Justice, 950 Pennsylvania Ave NW, MJB Room 5642, Washington, DC 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

/s/ Michelle Coyne
Deputy Clerk

May 10, 2016
Date

Civil Action No. 1:16-cv-425

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __UNC Board of Governers__
was received by me on *(date)* __5/11/16__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Tom C. Shanahan__, who is
designated by law to accept service of process on behalf of *(name of organization)* __UNC Board of Governers__ on *(date)* __5/12/16__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __64.74__ for travel and $ __190.00__ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __5/12/16__

_____
Server's signature

__J. Shuba  DUSM__
Printed name and title

__324 W. Market St, Greensboro, NC 27401__
Server's address

Additional information regarding attempted service, etc: