UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:16-cv-00425

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STATE OF NORTH CAROLINA; )<br>PATRICK MCCRORY, in his official )<br>capacity as Governor of North Carolina; THE )<br>NORTH CAROLINA DEPARTMENT OF )<br>PUBLIC SAFETY; UNIVERSITY OF )<br>NORTH CAROLINA; and BOARD OF )<br>GOVERNORS OF THE UNIVERSITY OF )<br>NORTH CAROLINA, )<br>)<br>Defendants. )<br>_____ ) | **MOTION FOR<br>EXTENSION OF TIME** |

**NOW COMES** Defendant State of North Carolina, ("State of North Carolina"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR6.1, and hereby moves the Court to extend the time to answer or otherwise respond to the Complaint filed herein by an additional forty-four (44) days.

In support of this motion, the State of North Carolina shows unto the Court that it was served with the Summons and Complaint herein on May 12, 2016; that the State of North Carolina's time for responding to the Complaint has not expired; and, that the State of North Carolina requires additional time to prepare its responsive pleadings. Furthermore, on May 25, 2016, UNC Defendants have requested an extension of time to the same deadline for all Defendants in the instant case. [DE 15] That motion is currently pending before the Court. Adoption of a uniform deadline for responsive pleadings from all Defendants will facilitate the orderly administration of this case.

1

The undersigned counsel for the State of North Carolina has consulted with counsel for Plaintiff who has indicated Plaintiff's consent to this motion.

WHEREFORE, the State of North Carolina prays the Court to grant it an extension of time of forty-four (44) additional days to serve its answer or otherwise respond to the Complaint, to and including July 18, 2016.

Respectfully submitted, this the 27th day of May, 2016.

    ROY COOPER
    Attorney General

    /s/ Olga E. Vysotskaya de Brito
    Ms. Olga E. Vysotskaya de Brito
    Special Deputy Attorney General
    North Carolina State Bar No. 31846
    North Carolina Dept. of Justice
    Post Office Box 629
    Raleigh, NC 27602
    Telephone: (919) 716-0185
    Facsimile: (919) 716-6759
    Email: ovysotskaya@ncdoj.gov

# **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that a copy of the foregoing pleading was served on the registered parties through the Court's Electronic Filing notification process. I do hereby further certify that a copy of the foregoing pleading was served on the unregistered parties or their counsel by first class mail addressed as follows:

> PATRICK MCCRORY
> c/o Robert C. Stephens
> General Counsel, Office of the Governor of North Carolina
> 116 West Jones Street
> Raleigh, NC 27603-8001
>
> NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
> c/o Deborah L. McSwain
> NCDPS General Counsel
> 512 N. Salisbury Street
> Raleigh, NC 27604

This the 27th day of May, 2016.

>> ROY COOPER
>> Attorney General
>>
>> */s/ Olga E. Vysotskaya de Brito*
>> Ms. Olga E. Vysotskaya de Brito
>> Special Deputy Attorney General