UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:16-cv-00425

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| STATE OF NORTH CAROLINA; ) | |
| PATRICK MCCRORY, in his official ) | |
| capacity as Governor of North Carolina; THE ) | **ORDER GRANTING** |
| NORTH CAROLINA DEPARTMENT OF ) | **EXTENSION OF TIME** |
| PUBLIC SAFETY; UNIVERSITY OF ) | |
| NORTH CAROLINA; and BOARD OF ) | |
| GOVERNORS OF THE UNIVERSITY OF ) | |
| NORTH CAROLINA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

For good cause shown, Defendant the State of North Carolina is granted a forty four (44) day extension of time to answer or otherwise respond to the Complaint filed herein. The State of North Carolina shall serve its answer or otherwise respond to the Complaint on or before July 18, 2016.

This the ____ day of _____, 2016.

_____

United States District Judge/Magistrate Judge