# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF NORTH CAROLINA; )<br>PATRICK MCCRORY, in his official )<br>capacity as Governor of North Carolina; )<br>NORTH CAROLINA DEPARTMENT OF )<br>PUBLIC SAFETY; UNIVERSITY OF )<br>NORTH CAROLINA; and BOARD OF )<br>GOVERNORS OF THE UNIVERSITY OF )<br>NORTH CAROLINA, )<br>)<br>Defendants. ) | Case No. 1:16-CV-00425 |

## **PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTION**

Plaintiff United States respectfully moves the Court, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and Local Rule 65.1(b), for a preliminary injunction against Defendants the State of North Carolina, Governor Patrick McCrory, the North Carolina Department of Public Safety, the University of North Carolina and the Board of Governors of the University of North Carolina. In support thereof, Plaintiff states as follows:

1. On May 9, 2016, Plaintiff filed its Complaint for Declaratory and Injunctive Relief (ECF No. 1), alleging that by complying with and implementing Part I of North Carolina Session Law 2016-3, House Bill 2, the Defendants are engaged in a pattern or practice of violating Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., Title IX of the Education Amendments Act of 1972, 20

U.S.C. § 1681, et seq., and the Violence Against Women Reauthorization Act of 2013, 42 U.S.C. § 13925(b)(13).

2. Plaintiff seeks a preliminary injunction enjoining Defendants from complying with or implementing Section 1.3 of North Carolina Session Law 2016-3, House Bill 2.

3. The Federal Rules of Civil Procedure provide for the issuance of a preliminary injunction under the circumstances present here.

4. In support of this motion, Plaintiff submits a Memorandum of Law, together with supporting exhibits and declarations, addressing all necessary elements for the entry of a preliminary injunction.

5. Plaintiffs seek leave to present oral argument in support of this Motion pursuant to Local Civil Rule 65.1(b).

This the 5th day of July, 2016.

Respectfully submitted,

| | |
|---|---|
| RIPLEY RAND<br>United States Attorney<br>Middle District of North Carolina<br>United States Department of Justice<br>101 South Edgeworth Street, 4th Floor<br>Greensboro, NC 27401<br>Telephone: (336) 333-5351<br>E-mail: ripley.rand@usdoj.gov | VANITA GUPTA<br>Principal Deputy Assistant Attorney<br>General<br><br>SHAHEENA SIMONS<br>Chief, Educational Opportunities Section<br><br>DELORA L. KENNEBREW<br>Chief, Employment Section<br><br>COREY L. STOUGHTON<br>Senior Counsel |

LORI B. KISCH
WHITNEY PELLEGRINO
Special Litigation Counsel

DWAYNE J. BENSING
TOREY B. CUMMINGS
SEAN R. KEVENEY
ALYSSA C. LAREAU
CANDYCE PHOENIX
TARYN WILGUS NULL
Trial Attorneys
United States Department of Justice
Civil Rights Division

/s/ *Torey B. Cummings*
MA Bar Number: 664549
Senior Trial Attorney
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-4092
torey.cummings@usdoj.gov

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF NORTH CAROLINA; ) <br> PATRICK MCCRORY, in his official ) <br> capacity as Governor of North Carolina; ) <br> NORTH CAROLINA DEPARTMENT OF ) <br> PUBLIC SAFETY; UNIVERSITYOF ) <br> NORTH CAROLINA; and BOARD OF ) <br> GOVERNORS OF THE UNIVERSITY OF ) <br> NORTH CAROLINA, ) <br> ) <br>     Defendants. ) | Case No. 1:16-CV-00425 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using CM/ECF to the following: Karl S. Bowers, Jr., Robert C. Stephens, William Woodley Stewart, Jr., Brennan Tyler Brooks, Frank J. Gordon, Robert N. Driscoll, Amar Majmundar, Olga E. Vysotskaya De Brito, Carolyn C. Pratt, Glen D. Nager, James M. Burnham, Noel J. Francisco, Stuart K. Duncan, Gene C. Shaerr, Robert D. Potter, Jr., David A. Cortman, James A. Campbell, Jeremy D. Tedesco, Jonathan Caleb Dalton;

and mailed to the following non-CM/ECF participant:

Steven-Glenn: Johnson
c/o 208 Nydegg Road
New Bern, NC 28562

                                        Respectfully submitted,

                                        /s/ *Torey B. Cummings*
                                        MA Bar Number: 664549
                                        Senior Trial Attorney
                                        United States Department of Justice
                                        Civil Rights Division
                                        950 Pennsylvania Avenue, NW
                                        Washington, DC 20530
                                        Telephone: (202) 514-4092
                                        Email: Torey.Cummings@usdoj.gov

                                        *Counsel for Plaintiff*