# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-CV-00425 |
| ) | |
| STATE OF NORTH CAROLINA; ) | |
| PATRICK MCCRORY, in his official ) | |
| capacity as Governor of North Carolina; ) | |
| NORTH CAROLINA DEPARTMENT OF ) | |
| PUBLIC SAFETY; UNIVERSITY OF ) | |
| NORTH CAROLINA; and BOARD OF ) | |
| GOVERNORS OF THE UNIVERSITY OF ) | |
| NORTH CAROLINA, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using CM/ECF to the following: Karl S. Bowers, Jr., Robert C. Stephens, William Woodley Stewart, Jr., Brennan Tyler Brooks, Frank J. Gordon, Robert N. Driscoll, Amar Majmundar, Olga E. Vysotskaya De Brito, Carolyn C. Pratt, Glen D. Nager, James M. Burnham, Noel J. Francisco, Stuart K. Duncan, Gene C. Shaerr, Robert D. Potter, Jr., David A. Cortman, James A. Campbell, Jeremy D. Tedesco, Jonathan Caleb Dalton; and mailed to the following non-CM/ECF participant:

Steven-Glenn: Johnson
c/o 208 Nydegg Road
New Bern, NC 28562

        Respectfully submitted,


        /s/ *Torey B. Cummings*
        MA Bar Number: 664549
        Senior Trial Attorney
        United States Department of Justice
        Civil Rights Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-4092
        Email: Torey.Cummings@usdoj.gov

        *Counsel for Plaintiff*