IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

    *Plaintiff*,

  v.

STATE OF NORTH CAROLINA, *et al.*,

    *Defendants*.

Case No. 1:16-cv-00425

## UNC DEFENDANTS' MOTION TO DISMISS

  The University of North Carolina and its Board of Governors (collectively UNC Defendants) move to dismiss the United States' claims against them under Civil Rules 12(b)(1) and 12(b)(6).

  1. The UNC Defendants move under Civil Rule 12(b)(1) to dismiss all claims against them (Compl. ¶¶ 53–56, Counts I–III) because the claims are not justiciable or ripe.

  2. The UNC Defendants move under Civil Rule 12(b)(6) to dismiss the United States' Title IX claim against them (Compl. ¶ 55, Count II) because the United States lacks a cause of action.

  3. The UNC Defendants move under Civil Rule 12(b)(6) to dismiss the prayer for a permanent injunction against them (Compl. ¶ D) because the United States fails to state a claim for such relief.

Dated: July 18, 2016                                Respectfully submitted,

/s/ Carolyn C. Pratt                                /s/ Noel J. Francisco
Carolyn C. Pratt                                    Noel J. Francisco
NC Bar No. 38438                                    Glen D. Nager
The University of North Carolina                    James M. Burnham
P.O. Box 2688                                       JONES DAY
Chapel Hill, NC 27515                               51 Louisiana Avenue NW
Tel: (919) 962-3406                                 Washington, DC 20001
Fax: (919) 962-0477                                 Tel: (202) 879-3939
Email: ccpratt@northcarolina.edu                    Fax: (202) 626-1700
                                                    Email: njfrancisco@jonesday.com

*Counsel for the University of North Carolina and the Board of Governors of the University of North Carolina*

2

# CERTIFICATE OF SERVICE

I certify that on July 18, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.


Dated:   July 18, 2016	/s/ Noel J. Francisco
Noel J. Francisco
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: njfrancisco@jonesday.com

*Counsel for the University of North Carolina and the Board of Governors of the University of North Carolina*