# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOAQUÍN CARCAÑO *et al.*,<br><br>  Plaintiffs,<br><br>  *v.*<br><br>PATRICK MCCRORY *et al.*,<br><br>  Defendants | CASE NO. 1:16-CV-00236-TDS-JEP |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  *v.*<br><br>STATE OF NORTH CAROLINA *et al.*,<br><br>  Defendants | CASE NO. 1:16-CV-00425-TDS-JEP |
| NORTH CAROLINIANS FOR PRIVACY,<br><br>  Plaintiff,<br><br>  *v.*<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>  Defendants | CASE NO. 1:16-CV-00845-TDS-JEP |

**MOTION BY ALL DEFENDANTS AND NORTH CAROLINIANS FOR PRIVACY TO STAY PROCEEDINGS IN LIGHT OF *G.G.***

Pursuant to Local Rule 7.3(j), and for the reasons stated in the Supplemental Brief filed earlier today (Doc. 112), all Defendants and North Carolinians for Privacy ("NCFP") respectfully ask the Court to stay trial and discovery proceedings in these cases in light of the Supreme Court's order in *Gloucester County School Board v. G.G. ex rel. Grimm*, No. 16A52, 2016 U.S. LEXIS 4361 (U.S. Aug. 3, 2016), and in support of that relief state as follows:

1. Defendants and NCFP ask the Court to stay the scheduled trial and discovery proceedings (*see* Doc. #96 (Magistrate's scheduling order)), until the Supreme Court either denies certiorari in *G.G.* or grants review and renders a decision in *G.G.*

2. Alternatively, Defendants and NCFP ask the Court to stay the scheduled trial and deposition discovery period, including all related deadlines for pre-trial briefing and designations (*see* Doc. #96, at 5-6, ¶¶7-13), until the Supreme Court either denies certiorari in *G.G.* or grants review and renders a decision in *G.G.*; the UNC Defendants ask the Court to stay all discovery, including written discovery, against them unless and until the Court denies their pending motions to dismiss. Whereas written discovery will proceed against all Defendants other than the UNC Defendants, Defendants and NCFP ask the Court to direct the parties to meet and confer, on or before August 29, 2016, regarding a less compressed schedule for written discovery (*see id.* at 4, ¶5).

3. Additionally, with respect to the United States' motion for preliminary injunction (*United States of America v. State of North Carolina, et al.*, Doc. #73), Defendants and NCFP ask the Court to decide that motion on the current schedule, based on the briefing and exhibits alone and without the need for discovery or an evidentiary

2

hearing. The UNC Defendants also ask the Court to decide their pending motions to dismiss on the current schedule.

4. Counsel for the *Carcaño* Plaintiffs and counsel for the United States oppose this motion.

(Counsel signatures on following pages)

Respectfully submitted,

By: /s/ Karl S. Bowers, Jr.
Karl S. Bowers, Jr.*
Federal Bar #7716
*Counsel for the State of North Carolina, Governor McCrory, and the North Carolina Department of Public Safety*
BOWERS LAW OFFICE LLC
P.O. Box 50549
Columbia, SC 29250
Telephone: (803) 260-4124
E-mail: butch@butchbowers.com
*appearing pursuant to Local Rule 83.1(d)

By: /s/ Robert N. Driscoll
Robert N. Driscoll*
*Counsel for the State of North Carolina, Governor McCrory, and the North Carolina Department of Public Safety*
MCGLINCHEY STAFFORD
1275 Pennsylvania Avenue NW
Suite 420
Washington, DC 20004
Telephone: (202) 802-9950
E-mail: rdriscoll@mcglinchey.com
*appearing pursuant to Local Rule 83.1(d)

By: /s/ S. Kyle Duncan
S. Kyle Duncan* (DC Bar #1010452)
Gene C. Schaerr* (DC Bar #416638)
*Counsel for President Pro Tempore Phil Berger and Speaker Tim Moore*
SCHAERR|DUNCAN LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 714-9492
Email: kduncan@schaerr-duncan.com
       gschaerr@schaerr-duncan.com
*appearing pursuant to Local Rule 83.1(d)

By: /s/ Robert C. Stephens
Robert C. Stephens (State Bar #4150)
*Counsel for the State of North Carolina and Governor McCrory*
General Counsel
Office of the Governor of North Carolina
20301 Mail Service Center
Raleigh, NC 27699
Telephone: (919) 814-2027
E-mail: bob.stephens@nc.gov
*appearing as Local Rule 83.1 Counsel

By: /s/ William W. Stewart, Jr.
William W. Stewart, Jr.
      (State Bar #21059)
Frank J. Gordon (State Bar #15871)
B. Tyler Brooks (State Bar #37604)
*Counsel for the State of North Carolina, Governor McCrory, and the North Carolina Department of Public Safety*
MILLBERG GORDON STEWART PLLC
1101 Haynes Street, Suite 104
Raleigh, NC 27604
Telephone: (919) 836-0090
Email: bstewart@mgsattorneys.com
fgordon@mgsattorneys.com
tbrooks@mgsattorneys.com

By: /s/ Robert D. Potter, Jr.
Robert D. Potter, Jr. (State Bar #17553)
*Counsel for President Pro Tempore Phil Berger and Speaker Tim Moore*
2820 Selwyn Avenue, #840
Charlotte, NC 28209
Telephone: (704) 552-7742
Email: rdpotter@rdpotterlaw.com

| | |
|---|---|
| /s/ Carolyn C. Pratt | /s/ Noel J. Francisco |
| Carolyn C. Pratt | Noel J. Francisco |
| NC Bar No. 38438 | Glen D. Nager |
| The University of North Carolina | John M. Gore |
| P.O. Box 2688 | James M. Burnham |
| Chapel Hill, NC 27515 | JONES DAY |
| Tel: (919) 962-3406 | 51 Louisiana Avenue NW |
| Fax: (919) 962-0477 | Washington, DC 20001 |
| Email: ccpratt@northcarolina.edu | Tel: (202) 879-3939 |
| | Fax: (202) 626-1700 |
| | Email: njfrancisco@jonesday.com |

*Counsel for the University of North Carolina, the Board of Governors of the University of North Carolina, and W. Louis Bissette, Jr., in his Official Capacity as Chairman of the Board of Governors of the University of North Carolina*

| | |
|---|---|
| /s/ James A. Campbell | /s/ Deborah J. Dewart |
| James A. Campbell, AZ 026737 | Deborah J. Dewart |
| Jeremy D. Tedesco, AZ 023497 | North Carolina Bar No. 30602 |
| Kristen K. Waggoner, AZ 032382 | **LIBERTY, LIFE AND LAW FOUNDATION** |
| Joseph E. LaRue, AZ 031348 | 620 E. Sabiston Drive |
| Jonathan Caleb Dalton, AZ 030539 | Swansboro, NC 28584-9674 |
| Kenneth J. Connelly, AZ 025420 | (910) 326-4554 |
| **ALLIANCE DEFENDING FREEDOM** | (877) 326-4585 Fax |
| 15100 N. 90th St. | debcpalaw@earthlink.net |
| Scottsdale, Arizona 85260 | *Local Civil Rule 83.1 Counsel* |
| (480) 444-0020 | |
| (480) 444-0028 Fax | |
| jcampbell@adflegal.org | |
| jtedesco@adflegal.org | |
| kwaggoner@adflegal.org | |
| jlarue@adflegal.org | |
| cdalton@adflegal.org | |
| kconnelly@adflegal.org | |
| | |
| David A. Cortman, GA 188810 | |
| J. Matthew Sharp, GA 607842 | |
| **ALLIANCE DEFENDING FREEDOM** | |
| 1000 Hurricane Shoals Road NE | |
| Suite D-1100 | |
| Lawrenceville, Georgia 30043 | |
| (770) 339-0774 | |
| (770) 339-6744 Fax | |

dcortman@adflegal.org
msharp@adflegal.org

*Counsel for North Carolinians for Privacy*

# CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 12th day of August, 2016.

/s/ S. Kyle Duncan<br>
*Counsel for Intervenor-Defendants*