# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF NORTH CAROLINA; ) <br> PATRICK MCCRORY, in his official ) <br> capacity as Governor of North Carolina; ) <br> NORTH CAROLINA DEPARTMENT OF ) <br> PUBLIC SAFETY; UNIVERSITY OF ) <br> NORTH CAROLINA; and BOARD OF ) <br> GOVERNORS OF THE UNIVERSITY OF ) <br> NORTH CAROLINA, ) <br> ) <br>    Defendants. ) | Case No. 1:16-cv-00425 |

**UNOPPOSED MOTION TO EXPAND STAY TO INCLUDE CONSIDERATION OF THE UNITED STATES' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

On December 16, 2016, this Court stayed the proceedings in this case pending disposition in the Supreme Court of *Gloucester County School Board v. G.G.*, No. 16-273 (S. Ct.). At the time of the stay, and at the request of the United States, this Court did not include in the stay the United States' pending Motion for Preliminary Injunctive Relief ("United States' Motion"), filed on July 5, 2016.

The United States now requests that the Court expand the stay to include consideration of the United States' Motion. Relevant to this request, on February 23, 2017, the United States filed a Notice of Additional Authority in which it notified this Court of the recent withdrawal of two guidance documents: (1) a letter of January 7, 2015, from the Department of Education Office for Civil Rights, and (2) the Dear Colleague Letter of May

1

13, 2016, issued by the Department of Justice and Department of Education. [Dkt. No. 235]. Of additional particular relevance is the approaching disposition of the *G.G.* case by the Supreme Court. A stay of the consideration of the United States' Motion allows time for this Court and the Parties to consider the impact of that disposition and the withdrawal of the two letters on the United States' Motion.

The State Legislature and UNC Defendants do not oppose this motion. The non legislative State Defendant takes no position on the motion.

For the foregoing reasons, the United States respectfully requests that the Court expand the stay to include consideration of the United States' Motion for Preliminary Injunctive Relief.

Respectfully submitted this 2nd day of March, 2017,

SANDRA HAIRSTON
Acting United States Attorney
Middle District of North Carolina
United States Department of Justice
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
Telephone: (336) 333-5351
E-mail: Sandra.Hairston@usdoj.gov

T.E. WHEELER, II
Acting Assistant Attorney General,
Civil Rights Division

SHAHEENA SIMONS
Chief, Educational Opportunities Section

DELORA L. KENNEBREW
Chief, Employment Litigation Section

CHRISTINE STONEMAN
Principal Deputy Chief,
Federal Coordination and Compliance
Section

WHITNEY M. PELLEGRINO
Deputy Chief

LORI B. KISCH
Special Litigation Counsel

DYLAN N. DE KERVOR
SEAN R. KEVENEY
ALYSSA C. LAREAU
JONATHAN D. NEWTON
CANDYCE PHOENIX
ARIA S. VAUGHAN
TARYN WILGUS NULL
Trial Attorneys
United States Department of Justice
Civil Rights Division


/s/ Sean R. Keveney
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-4838

*Counsel for Plaintiff United States*

## CERTIFICATE OF SERVICE

I certify that on March 2, 2017, I filed the foregoing Unopposed Motion to Expand Stay to Include Consideration of the United States' Motion for Preliminary Injunctive Relief with the Clerk of the Court using the Court's ECF system, which will send notification to all CM/ECF participating attorneys.


/s/ Sean R. Keveney