# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

    Plaintiff,

       *v.*

STATE OF NORTH CAROLINA *et al.*,

    Defendants

CASE NO. 1:16-CV-00425-TDS-JEP

## JOINT STIPULATED NOTICE OF DISMISSAL

In light of the passage of North Carolina Session Law 2017-4, House Bill 142, and pursuant to Fed. R. Civ. P. 41, the Parties in the above-captioned action hereby stipulate that all claims or causes of action against Defendants and all counterclaims against Plaintiff which were the subject matter of this lawsuit are hereby dismissed with prejudice. The Parties further stipulate that each party shall pay their own costs and attorneys' fees incurred in connection with the above-captioned action.

Respectfully submitted,

Sandra J. Hairston
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF NORTH CAROLINA
 UNITED STATES DEPARTMENT OF JUSTICE
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
Telephone: (336) 333-5351
sandra.hairson@usdoj.gov

T. E. Wheeler, II
ACTING ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

1

Shaheena Simons
CHIEF, EDUCATIONAL OPPORTUNITIES
SECTION

Delora L. Kennebrew
CHIEF, EMPLOYMENT LITIGATION
SECTION

Christine Stoneman
PRINCIPAL DEPUTY CHIEF, FEDERAL
COORDINATION AND COMPLIANCE
SECTION

Whitney M. Pellegrino
DEPUTY CHIEF

LORI B. KISCH
SPECIAL LITIGATION COUNSEL

Dylan N. De Kervor
Sean R. Keveney
Alyssa C. Lareau
Jonathan D. Newton
Candyce Phoenix
Aria S. Vaughan
Taryn Wilgus Null
TRIAL ATTORNEYS
CIVIL RIGHTS DIVISION

/s/ Candyce Phoenix
Candyce Phoenix (VA Bar No. 80800)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 616-3871
Candyce.Phoenix@usdoj.gov

*Counsel for Plaintiff United States*

2

/s/ Thomas C. Shanahan
Thomas C. Shanahan (NC Bar No. 42381)
Carolyn C. Pratt (NC Bar No. 38438)
THE UNIVERSITY OF NORTH CAROLINA
P.O. Box 2688
Chapel Hill, NC 27515
Telephone: (919) 962-3406
Facsimile: (919) 962-0477
ccpratt@northcarolina.edu
tcshanahan@northcarolina.edu

/s/ Glen D. Nager
Glen D. Nager*
Kristen A. Lejnieks*
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
gdnager@jonesday.com
klejnieks@jonesday.com

* Appearing by special appearance
  pursuant to L.R. 83.1(d)

*Counsel for Defendants the University of North Carolina and the Board of Governors of the University of North Carolina*

/s/  S. Kyle Duncan
S. Kyle Duncan* (DC Bar No. 1010452)
Gene C. Schaerr* (DC Bar No. 416638)
Stephen S. Schwartz* (DC Bar No. 477947)
SCHAERR | DUNCAN LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 714-9492
Facsimile: (571) 730-4429
kduncan@schaerr-duncan.com
gschaerr@schaerr-duncan.com
sschwartz@schaerr-duncan.com

/s/ Robert D. Potter, Jr.
Robert D. Potter, Jr. (NC Bar No. 17553)
ATTORNEY AT LAW
2820 Selwyn Avenue, #840
Charlotte, NC 28209
Telephone: (704) 552-7742
rdpotter@rdpotterlaw.com

* Appearing by special appearance
  pursuant to L.R. 83.1(d)

*Counsel for Intervenor-Defendants Phil Berger and Tim Moore*

3

Josh Stein
ATTORNEY GENERAL
STATE OF NORTH CAROLINA

/s/ Amar Majmundar
Amar Majmundar (NC Bar No. 24668)
SPECIAL DEPUTY ATTORNEY GENERAL
NORTH CAROLINA DEPARTMENT OF
JUSTICE
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6821
Facsimile: (919) 716-6759
amajmundar@ncdoj.gov

/s/ Olga E. Vysotskaya de Brito
Ms. Olga E. Vysotskaya de Brito (NC Bar
    No. 31846)
SPECIAL DEPUTY ATTORNEY GENERAL
NORTH CAROLINA DEPARTMENT OF
JUSTICE
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-0185
Facsimile: (919) 716-6759
ovysotskaya@ncdoj.gov

*Counsel for Defendants the State of North Carolina, Gov. Roy Cooper in his Official Capacity, and the North Carolina Dept. of Public Safety*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 14th day of April, 2017.

> /s/ Candyce Phoenix
> Candyce Phoenix (VA Bar No. 80800)
> TRIAL ATTORNEY
> UNITED STATES DEPARTMENT OF JUSTICE
> CIVIL RIGHTS DIVISION
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
> Telephone: (202) 616-3871
> Candyce.Phoenix@usdoj.gov